

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2015

No. 04-15-00596-CR

Isidro Espinosa **SOLIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2691
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Appellant's motion to abate this appeal in order for the trial court to rule on appellant's motion for a free record is granted. We abate the appeal for a period of thirty days. Appellant has the burden to seek and obtain a ruling on his motion. The deadline for appellant to provide written proof to this court that he has paid for the reporter's record or that he is entitled to a free record is extended to January 4, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court